## No. 2.

#### SHELDON *against* KELSEY.    *Rutland*, 1817.

WHERE process issued, in favor of Moses Sheldon, of Rupert, and Judgment thereon, and execution prayed out in favor

of Moses Sheldon, of Fairhaven, (it appearing from the pleadings there was such a person as Moses Sheldon, of Rupert,) a Jail bond, executed in consequence of commitment on such execution, is void. This was a case, where the execution on the Jail bond was in favor of Moses Sheldon, of Fairhaven.